UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN LYNN HENERY and BEAU EDWARD HANSEN,<br><br>    Defendants. | Case No. 1:14-cr-00088-BLW<br><br>**ORDER** |

The Court has before it the Government's Unopposed Motion to Continue Trial (Dkt. 34). Counsel explains that they need additional time to prepare for trial. The defendants do not oppose the motion.

Under all these circumstances, the Court finds that a continuance is needed to give counsel an opportunity to prepare for trial. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing counsel time for effective preparation outweighs the defendants' and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on November 10, 2014 at 1:30 p.m. at the United States Courthouse in Boise, Idaho. The

Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 34) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **November 10, 2014 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **October 29, 2014 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **October 13, 2014**.

DATED: **July 16, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge