UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cv-00088-BLW |
| Plaintiff, | PRETRIAL ORDER |
| v. | |
| JONATHAN LYNN HENERY and BEAU EDWARD HANSEN, | |
| Defendants. | |

On January 9, 2015, the Court conducted a trial readiness conference in this case. As explained at that conference, the following deadlines will govern the remainder of this case:

1. Motions to Suppress – Responses to the pending motions to suppress are due **January 14, 2015**. Reply briefs are due **January 20, 2015**.[1]

2. Motions in Limine – Responses to the pending motions in limine are due **January 14, 2015**. Reply briefs are due **January 20, 2015**. Additional motions in limine

---

[1] The Court indicated at the hearing that reply briefs were due January 19, but that is a federal holiday, so reply briefs will be due the following Tuesday. The Court will make the same adjustment to any other briefs due on January 19.

must be filed no later than **January 14, 2015**. Response briefs are due **January 20, 2015**. No reply briefs shall be filed.

3. Jury Questionnaires – The parties shall meet and confer in an attempt to reach agreement on the questionnaire. The parties shall submit a proposed questionnaire, indicating where the parties disagree, on or before **January 16, 2015**.

4. The Court will summon 50 jurors for the trial.

5. The Court will seat 12 jurors and 2 alternates for the trial. The Government will have 6 peremptory challenges, and the defendants will have 10 peremptory challenges collectively. The Government will have 1 peremptory challenge to the alternate pool, and the defendants will have 1 peremptory challenge to the alternate pool collectively.

6. Proposed jury instructions shall be filed on or before **January 14, 2015**.

7. Exhibit and Witness Lists – The Government shall file its exhibit and witness lists on or before **January 16, 2015**. Defendants shall file their exhibit and witness lists on or before **January 23, 2015**.

8. An in person jury instruction conference is scheduled for **January 23, 2015 at 9:30 a.m.** in the Federal Courthouse in Boise, Idaho. Counsel must attend. The defendants have a right to be at this conference, but they may waive their right to be present. If the defendants intend to waive their appearance, counsel for the defendants should contact Jamie Gearhart at least 2 days before the conference so

the Court can notify the U.S. Marshal not to transport the defendants to the courthouse.

9. The trial is scheduled for 10 days commencing **February 2, 2015**. The daily schedule is as follows, beginning with Monday, February 2:

   a. Monday: 9:30-5:00

   b. Tuesday: 8:30-2:30, with 2 breaks (15 min.)

   c. Wednesday: 8:30-3:30, with 1 hour lunch

   d. Thursday: 9:30-3:30, with 2 breaks (15 min.)

   e. Friday: 8:30-2:30, with 2 breaks (15 min.)

   f. Monday: 8:30-2:30, with 2 breaks (15 min.)

   g. Tuesday: 8:30-2:30, with 2 breaks (15 min.)

   h. Wednesday: 8:30-2:30, with 2 breaks (15 min.)

   i. Thursday: 8:30-2:30, with 2 breaks (15 min.)

   j. Friday: 8:30-2:30, with 2 breaks (15 min.)

DATED: January 9, 2015

B. Lynn Winmill
Chief Judge
United States District Court